```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

UNITED STATES OF AMERICA,       :
                                :
            Plaintiff,          :
                                :       CRIMINAL ACTION
        vs.                     :
                                :       NO. 1:03-CR-767-BBM
WALTER L. WIGGS,                :
                                :
            Defendant.          :
```

SATISFACTION OF MONETARY
PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By,

/s/CYNTHIA B. SMITH
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 655473

600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
Ph.:  404-581-6350
Fax:  404-581-6167
cynthia.smith2@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

>Walter L. WIGGS
>4178 Highway 166
>Douglasville, GA 30135

This 7th day of October, 2005.

>/s/CYNTHIA B. SMITH
>Assistant U.S. Attorney
>cynthia.smith2@usdoj.gov